| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address): | | | FOR COURT USE ONLY |
|---|---|---|---|
| DAVID E. AZAR, ESQ. SBN: 218319 <br> MILBERG TADLER PHILLIPS GROSSMAN LLP <br> 11766 WILSHIRE BLVD., SUITE 500   LOS ANGELES, CA 90025 | | | |
| TELEPHONE NO.: **(213) 617-1200** | FAX NO.(Optional): | **(212) 868-1229** | |
| E-MAIL ADDRESS (Optional): | | | |
| ATTORNEY FOR (Name): **Plaintiff:** | | | |

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: **350 W. FIRST STREET**
MAILING ADDRESS:
CITY AND ZIP CODE: **LOS ANGELES, CA 90012**
BRANCH NAME: **CENTRAL DISTRICT OF CALIFONIA**

| PLAINTIFF/PETITIONER: | **MARCIA KOSSTRIN TRUST AND PROFESSIONAL HOME IMPROVEMENTS** | CASE NUMBER: **2:19-cv-2452** |
|---|---|---|
| DEFENDANT/RESPONDENT: | **DIRECT LEDNING INVESTMENTS, LLC** | HEARING DATE: |
| **PROOF OF SERVICE** | | HEARING TIME: |
| | | DEPARTMENT: |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT FOR BREACH OF CONTRACT, BREACHES OF FIDUCIARY DUTIES, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTIES, AND FRAUDLENT INDUCEMENT; STANDING ORDER FOR CASES ASSIGNED TO JUDGE DALE FISCHER**

| | |
|---|---|
| PARTY SERVED: | **BRYCE MASON** |
| PERSON SERVED: | |
| BY LEAVING WITH: | **BRITTANY ALLEN - PERSON IN CHARGE** |
| DATE & TIME OF DELIVERY: | **4/5/2019** <br> **2:45 PM** |
| ADDRESS, CITY, AND STATE: | **550 NORTH BRAND BLVD., # 20TH FLOOR** <br> **GLENDALE, CA 91203** |
| PHYSICAL DESCRIPTION: | **Age: 25 Sex: Female Race: BLACK Height: 5'5" Weight: 127 Hair: BLACK   Eyes:** |

MANNER OF SERVICE:
**Substituted Service - By leaving the copies with or in the presence of BRITTANY ALLEN a person at least 18 years of age apparently in charge at the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I thereafter mailed the copies to the person served, addressed as shown in above address, by first-class mail, postage prepaid, on  April 9, 2019 from LOS ANGELES.**

Fee for Service: $ 148.25
    County:  LOS ANGELES
    Registration No.:  3204
    Rezac Meyer Attorney Service
    1541 Wilshire Blvd., Suite 550
    Los Angeles, CA 90017
    (213) 481-1770
    Ventura County Reg:  546

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  April 9, 2019.

Signature: _____
               JAMES FIGUEROA

**PROOF OF SERVICE**

DefaultProof/LA236060

| Attorney or Party without Attorney: | | FOR COURT USE ONLY |
|---|---|---|
| DAVID E. AZAR, ESQ., SBN: 218319<br>MILBERG TADLER PHILLIPS GROSSMAN LLP<br>11766 WILSHIRE BLVD., SUITE 500<br>LOS ANGELES, CA 90025<br>TELEPHONE No.: (213) 617-1200   FAX No. (Optional): (212) 868-1229<br>E-MAIL ADDRESS (Optional):<br>Attorney for: Plaintiff | Ref No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF CALIFONIA

Plaintiff: MARCIA KOSSTRIN TRUST AND PROFESSIONAL HOME IMPROVEMENTS
Defendant: DIRECT LEDNING INVESTMENTS, LLC

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>2:19-cv-2452 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT FOR BREACH OF CONTRACT, BREACHES OF FIDUCIARY DUTIES, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTIES, AND FRAUDULENT INDUCEMENT; STANDING ORDER FOR CASES ASSIGNED TO JUDGE DALE FISCHER;

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

   a. Date of Mailing:         April 9, 2019
   b. Place of Mailing:        LOS ANGELES, CA
   c. Addressed as follows:    BRYCE MASON
                               550 NORTH BRAND BLVD. 20TH FLOOR
                               GLENDALE, CA 91203

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business.

"VIA FAX"

Fee for Service: $ 148.25
**Rezac Meyer Attorney Service**
**1541 Wilshire Blvd., Suite 550**
**Los Angeles, CA 90017**
**(213) 481-1770**

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **April 9, 2019.**

Signature: _____
MARK MANCHESTER, C.C.P.S.

**PROOF OF SERVICE BY MAIL**

Order#: LA236060/mailproof